IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MEADOWS FINANCIAL SYSTEMS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:12-CV-00823-LED |
| | § | |
| LITTLE CAESAR ENTERPRISE, INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT LITTLE CAESAR ENTERPRISES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.2, Defendant Little Caesar Enterprises, Inc. (sued herein as "Little Caesar Enterprise, Inc.") states that it does not have a parent corporation.  In addition, no publicly held company or investment fund holds an ownership interest of 10% or more.

Dated:  April 3, 2013

Respectfully submitted,

By:   /s/ Mark D. Taylor
Mark D. Taylor
Texas Bar No. 19713250
mark.taylor@bakermckenzie.com
Brian C. McCormack
Texas Bar No. 00797036
brian.mccormack@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Tel. (214) 978-3000
Fax (214) 978-3099

**ATTORNEYS FOR  DEFENDANT
LITTLE CAESAR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 3rd day of April 2013, *Defendant Little Caesar Enterprises, Inc.'s Corporate Disclosure Statement* was served on all counsel of record via the Court's electronic-service system pursuant to Local Court Rule CV-5.

                                                   /s/ Mark D. Taylor
                                                   Mark D. Taylor

DALDMS/723690.1